UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WILLIS OLANDER, | Civil No. 08-0153 (JRT/JJK) |
| Plaintiff, | |
| v. | |
| ACADEMY COLLECTION SERVICE, INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

Thomas Lyons, Jr., **CONSUMER JUSTICE CENTER, PA**, 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

James Roegge, Margaret Ryan and Bradley Lindeman, **MEAGHER & GEER, PLLP**, 22 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for defendant Academy Collection Service, Inc.


Based upon the Stipulation for Dismissal with Prejudice entered into by Plaintiff Willis Olander and Defendant Academy Collection Service, Inc., [Docket No. 25], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff in the above-entitled action, including all claims for attorneys' fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.


DATED: August 13, 2009
at Minneapolis, Minnesota.

                            s/John R. Tunheim
                             JOHN R. TUNHEIM
                         United States District Judge